IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             Chapter 13

Jeanette Whitehead                                 No.   10-37673

       Debtor                                   Hon.  Jack B. Schmetterer

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 20, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

          /s/ Ross Brand

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Ernesto D. Borges and Tom Vaughn on October 20, 2015.

          /s/ Ross Brand

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Jeanette Whitehead
324 S. Blackstone
Glenwood, IL 60425

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Ernesto D. Borges
Ledford Wu and Borges
105 W. Madison Street, 23rd Floor
Chicago, IL 60602